IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>CORRECTIONAL OFFICER MICORMIC, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-03731 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. Plaintiff filed a completed in forma pauperis application and his prisoner trust account statement; however, he did not file a copy of his certificate of funds. The Clerk of the Court notified Plaintiff that his in forma pauperis application was deficient due to the failure to include his certificate of funds. On August 2, 2011, the Clerk sent a notice to Plaintiff, informing him that his action could not go forward until he filed the necessary document within thirty days, and that his failure to do so would result in dismissal of this action. More than thirty days have passed and Plaintiff has not submitted his certificate of funds.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's in forma pauperis application is DENIED as incomplete. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 10/21/11

                                                      _/s/ Saundra B Armstrong_<br>
                                                      SAUNDRA BROWN ARMSTRONG<br>
                                                      United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TONY BLACKMAN,

        Plaintiff,

  v.

MICORMIC et al,

        Defendant.

                Case Number: CV11-03731 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tony Blackman V-22349
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: October 25, 2011

                Richard W. Wieking, Clerk
                By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.11\Blackman3731.DisIFP.wpd     2